# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 18, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

147052-3

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellant,

v                                                          SC: 147052
                                                           COA: 315220
                                                           Wayne CC: 11-006795-01-FH

DIRK TEAMER,
        Defendant-Appellee.

_____/

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellant,

v                                                          SC: 147053
                                                           COA: 315228
                                                           Wayne CC: 11-006795-02-FH

TERRANCE BUSH,
        Defendant-Appellee.

_____/

On order of the Court, the application for leave to appeal the April 18, 2013 orders of the Court of Appeals is considered and, pursuant to MCR 7.302(H)(1), in lieu of granting leave to appeal, we REMAND these cases to the Court of Appeals for consideration as on leave granted.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 18, 2013



Clerk

s0911